## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## (SOUTHERN DIVISION)

| | | |
|---|---|---|
| **ALLIED WORLD INSURANCE COMPANY** | ) | |
| | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **Civil Action No.** |
| | ) | **1:19-cv-00424-RAH-JTA** |
| **v.** | ) | |
| | ) | |
| **PROFESSIONAL RESOURCE** | ) | |
| **MANAGEMENT OF WIREGRASS,** | ) | |
| **L.L.C.,** *et al.,* | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## JOINT STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Allied World Insurance Company ("Allied World") and Defendants Professional Resource Management of Wiregrass, L.L.C., Shakir Meghani, and Jeffrey Todd Norris ("Defendants") state:

**WHEREAS**, Allied World agrees to voluntarily dismiss all claims in this action with prejudice; and

**WHEREAS**, Defendants agree to the stipulation of dismissal of this action with prejudice; and

**WHEREAS**, Allied World and Defendants stipulate and agree that all parties shall bear their own attorneys' fees and costs incurred in this action;

**IT IS HEREBY STIPULATED AND AGREED** among the parties that this action shall be, and is, **DISMISSED** with prejudice, and that all parties shall bear their own attorneys' fees and costs.

Dated:  May 15, 2020

/s/*Jennifer W. Wall*
E. Britton Monroe
Jennifer W. Wall
Lloyd, Gray, Whitehead & Monroe PC
880 Montclair Road, Suite 100
Birmingham, AL 35213
bmonroe@lgwpc.com
jwall@lgwmlaw.com
(205) 967-8822

Charles A. Jones
(Admitted *Pro Hac Vice*)
Jordan M. Rubinstein
(Admitted *Pro Hac Vice*)
James H. Geiser
(Admitted *Pro Hac Vice*)
Troutman Sanders LLP
401 9th Street NW #1000
Washington, DC 20004
Tony.Jones@troutman.com
Jordan.Rubinstein@troutman.com
James.Geiser@troutman.com
(202) 274-2950

*Attorneys for Plaintiff Allied
World Insurance Company*

Respectfully submitted,

*/s/ Richard E Crum*
Richard E. Crum, Esq. (CRU012)
ASB-6008-R76R

Attorney for Professional Resource
Management of Wiregrass, L.L.C.,
Shakir Meghani and Jeffrey Todd
Norris

OF COUNSEL:
SHEALY, CRUM & PIKE, LLC
POST OFFICE BOX 6346
DOTHAN, ALABAMA 36302-6346
(334) 677-3000

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, the foregoing *Joint Stipulation And Notice of Dismissal With Prejudice* was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ *Jennifer W. Wall*
Jennifer W. Wall

2