IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALLIED WORLD INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:19-cv-424-RAH-JTA |
| PROFESSIONAL RESOURCE MANAGEMENT OF WIREGRASS, LLC., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

### **ORDER**

Upon consideration of the parties' Joint Stipulation for Dismissal (Doc. 39) filed on May 15, 2020, for good cause shown, this action is hereby dismissed with prejudice on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is DIRECTED to close the case.

DONE, this the 18th day of May, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE